UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Cynthia Beers,<br><br>　　　　Defendant. | CR 10-878 PHX JAT DKD<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 3146(a)(1),<br>　　　(b)(1)(A)(i) and (b)(2)<br>　　　(Failure to Appear)<br>　　　(Count 1) |

THE GRAND JURY CHARGES:

**INTRODUCTORY ALLEGATIONS**

1. CYNTHIA BEERS was indicted on January 17, 2006 in the United States District Court for the District of Arizona in case number CR 06-0036 and stands charged in Count 1: Conspiracy to defraud the United States by impairing and impeding the Internal Revenue Service, and Count 14: Submission of Fictitious Obligation.

2. BEERS was arrested and, on or about January 24, 2006, was released on her own recognizance with conditions.

3. Less than a month after BEERS' release, the United States moved to revoke BEERS' release because BEERS was directly contacting counsel for the government. BEERS' release was not revoked upon her representation that she had ceased contacting government counsel.

4. Among the conditions of BEERS' release was that she not leave the State of Arizona and appear for all proceedings as directed. In September, 2006, it was discovered that in apparent disregard of her release conditions, BEERS had attempted to leave Arizona for Iowa and to involve another person in concealing her conduct.

5. The United States filed another motion to revoke BEERS' release and attached a copy of a letter BEERS apparently wrote to another individual asking that he help her obtain an untraceable telephone so that "there will be no phone records to prove I was out of the District."

6. On September 18, 2006, BEERS was present and before Judge Bolton. At that proceeding, Judge Bolton set a hearing on the government's motion to revoke BEERS' release and ordered Beers to be present at that hearing on September 20, 2006. Beers was explicitly told that her failure to appear would result in the issuance of a bench warrant.

7. BEERS failed to appear on September 20, 2006 and Judge Bolton ordered that a bench warrant issue for BEERS' arrest.

8. BEERS was a fugitive for almost four years. Deputy United States Marshals learned of her whereabouts and obtained a search warrant for the residence in which she was concealed.

9. On or about June 11, 2010 Deputy United States Marshals arrested BEERS at XX41 West Frontier Street in Apache Junction, Arizona.

10. Deputy United States Marshals were forced to breach Beers' front door with use of a ram in order to arrest BEERS.

11. In open court on June 15, 2010, BEERS stated to Judge Voss that she failed to appear because she was scared.

12. All of the facts alleged in paragraphs 1 through 11 happened within the District of Arizona.

## COUNT 1

### Failure to Appear

### 18 U.S.C. §§ 3146(a)(1), (b)(1)(A)(i) and (b)(2)

13. The allegations of paragraphs 1 through 12 are realleged and are incorporated as if fully set forth in this count of the indictment.

14. On or about September 20, 2006, in the District of Arizona, the defendant, CYNTHIA BEERS, having been released pursuant to Chapter 207 of Title 18, United States Code, in connection with two (2) felony charges in the United States District Court for the District of

Arizona, that is, Count 1: Conspiracy, in violation of Title 18, United States Code, Section 371, an offense punishable by imprisonment for a term of not more than five (5) years, and Count 14: Submission of Fictitious Obligation, in violation of Title 18, United States Code, Section 514, an offense punishable by imprisonment for a term of not more than twenty-five years (25) years, in Case Number CR-06-0036-PHX-SRB, entitled <u>United States v. Cynthia Beers, et al</u>, and having been directed by the Court on September 18, 2006, to appear before the Court for hearing on United States' motion to revoke release of Cynthia Beers, on September 20, 2006, did knowingly and willfully fail to appear for that hearing on September 20, 2006, as ordered by the Court.

In violation of Title 18, United States Code, Sections 3146(a)(1), (b)(1)(A)(i) and (b)(2).

A TRUE BILL

S/
_____
FOREPERSON OF THE GRAND JURY
Date: June 29, 2010

DENNIS K. BURKE
United States Attorney
District of Arizona

S/
_____
FRANK T. GALATI
Assistant U.S. Attorney

3