UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America | CR 10-00878-PHX-JAT |
|---|---|
| Plaintiff, | **O R D E R** |
| v. | |
| Cynthia Beers, | **(First Request)** |
| Defendant. | |

Upon motion of the Defendant, no objection by the Government, and good cause appearing, to wit: defendant arraigned 7/1/2010 and additional time needed to investigate the case, prepare for trial, and coordinate efforts to resolve the case with defendant's other case CR 06-00036-PHX-SRB,

IT IS ORDERED granting Defendant's Motion to Continue Trial and Extend Time to File Pretrial Motions (Doc. 10).

IT IS ORDERED denying as moot Defendant's Motion to Vacate July 21, 2010 Status Conference (Doc. 9).

This Court specifically finds that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial. This finding is based on the Court's conclusion that the failure to grant such a continuance would unreasonably deny the attorney for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(I) & (iv).

IT IS ORDERED continuing trial from August 3, 2010 to **Tuesday, November 2, 2010 at 9:00 a.m.,** in Phoenix, Arizona.

1    IT IS FURTHER ORDERED extending the time to file pretrial motions to  September 17,
2 2010.  Counsel are advised that it is this Court's practice to set the deadline for filing pretrial
3 motions 5-6 weeks prior to trial.
4    IT IS FURTHER ORDERED vacating status conference set for July 21, 2010 at 1:15 p.m.
5    IT IS FURTHER ORDERED that excludable delay under Title 18 U.S.C. §
6 3161(h)  will commence on 8/4/2010 to 11/2/2010.
7    DATED this 14th  day of July, 2010.

James A. Teilborg
United States District Judge